| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

| | |
|---|---|
| JUDITH HANCOCK,<br><br>                Plaintiff,<br>    v.<br><br>AETNA LIFE INSURANCE<br>COMPANY, et al.,<br><br>                Defendants. | CASE NO. C16-1697JLR<br><br>ORDER |

Pursuant to the court's scheduling order (Sched. Order (Dkt. # 20) at 2), counsel for Plaintiff Judith Hancock contacted the court to request a conference regarding a discovery dispute. The court ORDERS the parties to file statements of no more than two (2) pages explaining the nature of the discovery dispute and specifically describing the issues the parties seek to take up. The parties must file their statements no later than Friday, April 7, 2017, at 4:00 p.m. Defendants Aetna Life Insurance Company, The Boeing Company Employee Health and Welfare Benefit Plan, and Employee Benefit

ORDER - 1

1 | Plans Committee must jointly file a single statement subject to the page limit and
2 | deadline set forth above.
3 |     The statements may identify the grounds for the dispute, but may not set forth the
4 | parties' merits-based arguments.  After reviewing the parties' statements, the court will
5 | issue an order indicating how the parties may present their arguments on the merits.
6 |     Dated this 6th day of April, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge