# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JUDITH HANCOCK, | CASE NO. C16-1697JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On April 6, 2017, the court ordered the parties to file statements explaining the nature of the discovery dispute that Plaintiff Judith Hancock's counsel identified in requesting a discovery conference. (*See* 4/6/17 Order (Dkt. # 33).) The parties filed their respective statements on April 7, 2017 (*see* Pl. Statement (Dkt. # 34); Defs. Statement (Dkt. # 36)), and the court has reviewed the statements. Based on the parties'

representations, the court SCHEDULES a telephonic hearing on Monday, April 17, 2017, at 3:00 p.m. The Courtroom Deputy will contact the parties with instructions for appearing at the telephonic hearing.

The court also ORDERS the parties to file supplemental statements explaining whether the parties have resolved any of the issues raised in their initial statements. In addition, the parties must address whether Defendants' expected April 12, 2017, supplemental written discovery responses resolve the dispute Ms. Hancock describes (Pl. Statement at 2 (taking issue with Defendants' written discovery responses); Defs. Statement at 2 (stating that Defendants intend to supplement their written discovery responses by April 12, 2017)), and Defendants must address whether they intend to request a protective order (Defs. Statement at 2 (stating that Defendants "are considering seeking a protective order" to prevent the depositions of Kathy Leonard and Douglas Burdick)). The parties must file their two-page supplemental statements no later than Monday, April 17, 2017, at 9:00 a.m. Defendants must jointly file a single statement subject to the page limit and deadline set forth above.

Filed and entered this 10th day of April, 2017.

                                      WILLIAM M. MCCOOL
                                      Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk