HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDITH HANCOCK,<br><br>Plaintiff<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN (PLAN 503); and EMPLOYEE BENEFIT PLANS COMMITTEE,<br><br>Defendants. | Case No. 2:16–cv–01697–JLR<br><br>AGREED MOTION AND [PROPOSED] ORDER REGARDING USE OF MODEL STIPULATED PROTECTIVE ORDER WITH SLIGHT MODIFICATIONS<br><br>NOTED ON MOTION CALENDAR:<br>**May 25, 2017** |

## AGREED MOTION

The parties, through their undersigned counsel of record, jointly move this Court to enter the Protective Order attached hereto as Dkt. No. 57-1.

The Protective Order is based on the Western District of Washington's Model Stipulated Protective Order. It has been signed by Plaintiff's counsel and by counsel for Professional Disability Associates, LLC ("PDA"), and concerns documents to be produced by PDA in

AGREED MOTION AND PROPOSED ORDER RE:
USE OF MODEL PROTECTIVE ORDER - 1

No. 2:16–cv–01697–JLR

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington 98115
Tel 206.694-1614 Fax 206.905-2342

response to a subpoena duces tecum Plaintiff served on that business. (That subpoena is Dkt. No. 29-5 in this action.) The Order has been modified slightly to reflect that it is an agreement between Plaintiff and a non-party, rather than a party to this action. A redlined copy showing the modifications is attached hereto as Dkt. No. 57-2. Counsel for the parties to this action discussed this matter during an LR 37(a) conference on May 5, 2017

Respectfully submitted this 25th day of May, 2017.

LAW OFFICE OF MEL CRAWFORD

By *s/Mel Crawford*
Mel Crawford, WSBA # 22930
melcrawford@melcrawfordlaw.com
Attorney for Plaintiff


GORDON & REES, LLP
By *s/Sarah Turner*
Sarah Turner, WSBA #37748
Brittany Stevens, WSBA #44822
sturner@gordonrees.com
bstevens@gordonrees.com
Attorneys for Defendants

## II. ORDER

Pursuant to the parties' agreed motion, it is so ORDERED. Plaintiff may file the Stipulated Protective Order as that document appears at Dkt. No. 56-1.

Dated this 24 day of May, 2017.

_____
James L. Robart
United States District Judge

AGREED MOTION AND PROPOSED ORDER RE:
USE OF MODEL PROTECTIVE ORDER - 2

No. 2:16-cv-01697-JLR

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington 98115
Tel 206.694-1614 Fax 206.905-2342

CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled AGREED MOTION AND PROPOSED ORDER REGARDING USE OF MODEL STIPULATED PROTECTIVE ORDER WITH SLIGHT MODIFICATIONS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

<u>Attorneys for Defendants</u>:

Sarah N. Turner
sturner@gordonrees.com
Brittany F. Stevens
bstevens@gordonrees.com
Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104

DATED this 25th day of May, 2017 at Seattle, Washington.

*s/Mel Crawford*
Mel Crawford

AGREED MOTION AND PROPOSED ORDER RE:
USE OF MODEL PROTECTIVE ORDER - 3

No. 2:16-cv-01697-JLR

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington 98115
Tel 206.694.1614  Fax 206.905-2342